IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN M. HALL, | No. 2:13-CV-2211-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| ANTHONY GRAMMATICO, et al., | |
| Defendants. | |
| _____/ | |

   Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  Pending before the court is plaintiff's motion for leave to amend (Doc. 20), together with a proposed amended complaint (Doc. 21).  Pursuant to Federal Rule of Civil Procedure 15(a)(1), a party may amend his pleading once as a matter of right at any time before being served with a responsive pleading. A review of the docket reflects that no responsive pleading has been served.  Therefore, plaintiff's motion is denied as unnecessary.  This action

/ / /

/ / /

/ / /

/ / /

1

1  shall now proceed on the amended complaint, which supercedes the prior complaint.  The
2  adequacy of the amended complaint will be addressed by separate order.
3         IT IS SO ORDERED.

5  DATED:  July 24, 2014

                                      **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE