1

2

3

4

5          **IN THE UNITED STATES DISTRICT COURT**

6          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

7

8    JOHN M. HALL,                              No. 2:13-CV-2211-CMK-P

9            Plaintiff,

10      vs.                                      ORDER

11   ANTHONY GRAMMATICO, et al.,

12           Defendants.

13   _____/

14          Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

15   42 U.S.C. § 1983.  Pursuant to Eastern District of California Local Rules, this case was not

16   assigned to a District Judge when the case was filed.  The parties have not consented to

17   Magistrate Judge jurisdiction and the court now finds that assignment of a District Judge is

18   necessary to properly address the case.

19          Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court is directed to

20   randomly assign a District Judge to this case and to update the docket to reflect the new case

21   number.

22

23    DATED: January 13, 2016

24                                              _____
                                                **CRAIG M. KELLISON**
25                                              UNITED STATES MAGISTRATE JUDGE

26

                                                1