1

2

3

4

5

6

7

8            **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JOHN M. HALL,                          No. 2:13-CV-2211-KJM-CMK-P

12              Plaintiff,

13        vs.                               <u>ORDER</u>

14   ANTHONY GRAMMATICO, et al.,

15              Defendants.

16   _____/

17              Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.   Pending before the court is plaintiff's supplemental complaint (Doc. 33).

19   Pursuant to Federal Rule of Civil Procedure 15(a)(1), a party may amend or supplement his

20   pleading once as a matter of right at any time before being served with a responsive pleading.

21   Subsequent amendments/supplements may only be filed upon obtaining leave of court.  In this

22   case, a review of the docket reflects that plaintiff filed the operative amended complaint as of

23   right on June 19, 2014.  Because the current supplemental complaint was submitted in the

24   absence of a motion seeking leave of court to do so, it will be stricken.  The parties' motions for

25   summary judgment (Docs. 40 and 41) will be addressed separately.

26   / / /

                                              1

1     Accordingly, IT IS HEREBY ORDERED that the supplemental complaint (Doc.

2   33) is stricken.

3

4   DATED:  August 10, 2016

5

6   CRAIG M. KELLISON
    UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26