UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN M. HALL,<br><br>                    Plaintiff,<br><br>v.<br><br>ANTHONY GRAMMATICO, et al,<br><br>                    Defendants. | Case No.  2:13-cv-02211-KJM-CMK<br><br>**ORDER GRANTING REQUESTS FOR APPROVAL OF SUBSTITUTION OF ATTORNEY** |

Defendants K. STEPHENSON, C. CROSS, A. GRAMMATICO, H. ZHANG, M. SHEPARD, and D. SISSON, having filed requests for court approval of substitution of attorneys, seek to substitute Deputy Attorney General, Tiffany Johnson, Office of the Attorney General, with Susan E. Coleman, Esq., Burke, Williams & Sorensen LLP, as their attorneys of record.

For good cause shown, IT IS HEREBY ORDERED that hereinafter, Susan E. Coleman, Esq., of Burke, Williams & Sorensen LLP, will serve as counsel of record for Defendant K. STEPHENSON in this action.

IT IS SO ORDERED.
Dated:  August 30, 2016

_____
CRAIG M. KELLISON
UNITED STATES MAGISTRATE JUDGE

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4852-3185-0549 v1

2:13-CV-02211-KJM-CMK
ORDER SOA K. STEPHENSON