1

2

3

4

5

6

7

8            **IN THE UNITED STATES DISTRICT COURT**

9          **FOR THE EASTERN DISTRICT OF CALIFORNIA**

10

11   JOHN M. HALL,                              No. 2:13-CV-2211-KJM-CMK-P

12              Plaintiff,

13        vs.                                   ORDER

14   ANTHONY GRAMMATICO, et al.,

15              Defendants.

16   _____ /

17          Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to

18   42 U.S.C. § 1983.  Pending before the court is plaintiff's motion (Doc. 80) for the court to set an

19   in-person case management conference.  According to plaintiff, he has various discovery related

20   issues he wishes to discuss with defendants' counsel.  Plaintiff has not shown good cause for

21   court intervention at this time, nor has plaintiff demonstrated the need for an in-person hearing.

22   Should court intervention be required to resolve a discovery dispute, plaintiff must file a written

23   motion pursuant to the court's scheduling order, issued herewith.

24   / / /

25   / / /

26   / / /

1

1        Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (Doc. 80) for an

2   in–person case management conference is denied.

3

4     DATED:  January 20, 2017

5

6                                          CRAIG M. KELLISON
                                           UNITED STATES MAGISTRATE JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26