IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN M. HALL, | No. 2:13-CV-2211-KJM-CMK-P |
| Plaintiff, | |
| vs. | ORDER |
| ANTHONY GRAMMATICO, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The court directed plaintiff to show cause why the only unserved defendant – Foulk – should not dismissed. In response, plaintiff has indicated that he no longer intends to proceed as against defendant Foulk (see plaintiff's response at Doc. 53). Good cause appearing therefor, this action is dismissed as against defendant Foulk. See Fed. R. Civ. P. 41(a)(2).

IT IS SO ORDERED.

DATED: January 20, 2017

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE

1